CHONG, NISHIMOTO, SIA, NAKAMURA & GOYA, LLLP
A Limited Liability Law Limited Partnership

STEVEN L. GOTO        6041-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone:  (808) 537-6119
Facsimile:   (808) 526-3491
Email:  steven.goto@hawadvocate.com

Attorneys for Defendants
AZUL HAWAII RESORTS - KOLOA LLC
dba KOLOA LANDING AT POIPU BEACH
WYNDHAM GRAND RESORT; POIPU
BEACH VILLAS, LLC; LAYTON
CONSTRUCTION CO., INC. dba LAYTON
CONSTRUCTION COMPANY; and
ASSOCIATION OF KOLOA LANDING
AT POIPU BEACH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SHELLY SABAN, | ) | CIVIL NO. CV15-00295 DKW-KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION TO DISMISS WITH |
| vs. | ) | PREJUDICE ALL CLAIMS AND |
| | ) | CAUSES OF ACTION AGAINST |
| AZUL HAWAII RESORTS - KOLOA | ) | ALL DEFENDANTS PURSUANT |
| LLC dba KOLOA LANDING AT | ) | TO FRCP 41(a)(1)(A)(ii) |
| POIPU BEACH WYNDHAM GRAND | ) | |
| RESORT; POIPU BEACH VILLAS, | ) | |
| LLC; ASSOCIATION OF KOLOA | ) | |
| LANDING AT POIPU BEACH; and | ) | |
| LAYTON CONSTRUCTION CO., INC. | ) | |
| dba LAYTON CONSTRUCTION | ) | |
| COMPANY, | ) | Trial Date:  July 16, 2018 |
| | ) | Trial Judge: Hon. Derrick Watson |
| Defendants. | ) | |

STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS
AND CAUSES OF ACTION AGAINST ALL DEFENDANTS
PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SHELLY SABAN, and Defendants AZUL HAWAII RESORTS - KOLOA LLC dba KOLOA LANDING AT POIPU BEACH WYNDHAM GRAND RESORT; POIPU BEACH VILLAS, LLC; ASSOCIATION OF KOLOA LANDING AT POIPU BEACH; and LAYTON CONSTRUCTION CO., INC. dba LAYTON CONSTRUCTION COMPANY, being all the parties hereto, by and through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree as follows:

1. Plaintiff's claims and causes of action against Defendants AZUL Hawaii Resorts - Koloa LLC dba Koloa Landing at Poipu Beach Wyndham Grand Resort; Poipu Beach Villas, LLC; Association of Koloa Landing at Poipu Beach; and Layton Construction Co., Inc. dba Layton Construction Company, raised in Plaintiff's Complaint, filed August 3, 2015, are dismissed with prejudice;

2. All parties shall bear its/their own fees and costs incident to the above;

3. Trial in this matter was scheduled to begin on July 16, 2018;

4. All other claims and parties are dismissed;

5. There are no remaining parties and/or issues for trial;

DATED: Honolulu, Hawai'i, May 14, 2018.

/s/ Rodger I. Hoffman
RANDALL L.K.M. ROSENBERG, ESQ
CHARLES E. McKAY, ESQ.
RODGER I. HOFFMAN, ESQ
Attorneys for Plaintiff
SHELLY SABAN

/s/ Steven L. Goto
STEVEN L. GOTO, ESQ.
Attorney for Defendants
AZUL HAWAII RESORTS - KOLOA LLC dba KOLOA LANDING AT POIPU BEACH WYNDHAM GRAND RESORT; POIPU BEACH VILLAS, LLC; LAYTON CONSTRUCTION CO., INC. dba LAYTON CONSTRUCTION COMPANY and ASSOCIATION OF KOLOA LANDING AT POIPU BEACH

APPROVED AS TO FORM.

DATED: May 16, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____

STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AND CAUSES OF ACTION AGAINST ALL DEFENDANTS PURSUANT TO FRCP 41(a)(1)(A)(ii) <u>Shelly Saban v. Azul Hawaii Resorts – Koloa LLC dba Koloa Landing at Poipu Beach Wyndham Grand Resort, et al.</u>, Civil No. 15-00295 DKW-KSC, In the United States District Court for the District of Hawaii.

_____